UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BREYANNA L. KNOX** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 6:15-cv-915-RWS-KNM |
| | § | |
| **MAXIMUS, INC.,** | § | |
| | § | |
| *Defendant*. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation regarding a Rule 41(b) dismissal for failure to prosecute has been presented for consideration. The Report and Recommendation (Doc. No. 27), filed on January 5, 2017, recommends that the above styled action be dismissed without prejudice because Plaintiff has effectively abandoned the action. Neither party filed written objections. Accordingly, the findings and conclusions of the Magistrate Judge are adopted as those of the Court. It is

**ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, and for a failure to obey a Court Order.

**SIGNED this 14th day of February, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE